Cynthia Joann Watson
_Name and Prisoner/Booking Number_

Estrella Detention Facility
_Place of Confinement_

3250 W Lower Buckeye Rd
_Mailing Address_

Phoenix, Arizona [85009]
_City, State, Zip Code_

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

DEC 0 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Cynthia Joann Watson                    ,
_(Full Name of Plaintiff)_

            Plaintiff,

v.

(1) Adam D. Driggs                      ,
_(Full Name of Defendant)_

(2) Jeremy Miller                       ,

(3) Todd C. Lawson                      ,

(4) _____            ,

            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-393-PHX-JJT (DMF)
            _(To be supplied by the Clerk)_

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Estrella Detention Facility, Phoenix, Az [85009]

Revised 12/1/20                            1                            **550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: __Adam D Driggs__. The first Defendant is employed
as: __Judge__ at __Maricopa County Superior Court__.
       (Position and Title)                        (Institution)

2.  Name of second Defendant: __Jeremy Miller__. The second Defendant is employed as:
as: __Prosecutor__ at __Maricopa County Attorney__
       (Position and Title)                        (Institution)

3.  Name of third Defendant: __Todd C. Lawson__. The third Defendant is employed
as: __Fraud Prosecutor__ at __OFFICE OF Arizona Attorney General__.
       (Position and Title)                        (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed
as: _____ at _____.
       (Position and Title)                        (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2.  If yes, how many lawsuits have you filed? __3__. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: __Cynthia Joann Watson__ v. __Paul Penzone__
        2.  Court and case number: __CV-23-01006-JJT-PHX-DMT__.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____
                __Still Pending__.

    b.  Second prior lawsuit:
        1.  Parties: __Cynthia Joann Watson__ v. __Victoria Baldner__
        2.  Court and case number: __CV-23-0900-JJT-PHX-DMT__
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____
                __Dismissed__

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____
                _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _unlienable rights_
"Due Process" Fifth & Seventh amendment Secured By the Bill of Rights.

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☒ Other: _Access to the Court of Record_
    _Article III court_

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
    Definitions:
    STANDING: means among other things that you have suffered or might suffer an actual injury.
    STATE OF ARIZONA - DUNS & BRADSTREET # 068300170 EIN # 86-6000479 STATE OF ARIZONA Does NOT Have STANDING all Prosecutors that represent the STATE OF ARIZONA MUST Present to the court a "Power of Attorney" from the State of Arizona That they are authorized to enforce the Statues on a living soul.

    Adam D. Driggs was challenged on this point listed below; he ignored it and proceeded to violated my "due process"
    "IN the United States before any court can have authority to hear a case the court must have both in-personam and subject Matter jurisdiction
    Jeremy Miller - Prosecutor have NO Standing
    Todd C. Lawson - Prosecutor have NO Standing

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    I have standing and have actual Injury of Capitis Diminitio Maximas Status Remove "involuntary servitude" Just in the spelling of the name. The U.S. and State Governments are deliberately using a legal fiction to "address" the lawful real living soul and stripping the living soul status without authority and enslaving her.

5.  **Administrative Remedies:**
    a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
    c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
    d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _All administrative Proceeding has been exhauted._

3

Adam Driggs Denied my "Due Process" right to self-represent after I challenged subject Matter and in personan jurisdiction due to all Anzona courts or administrative proceedings of practicing Stare Decisis every administrater and agent thereafter proceed to violate my Due process, sixth, seventh, 14th amendment, equal protection under the law, Notice and Declaration of Expatriation

Ayreh Schwartz, Susan Cohen, Scott Minder, Jeremy Miller, Prosecutor - Made a statement to Ayreh Schwartz that Adam Driggs denied my right to self-represent because I only put into the record sovereign jibberish. Jeremy Miller Prosecutor made another statement that it would be against the sixth amendment to allow me to self-represent. When in fact the sixth amendment clearly protects the accused from rogue government and their agents. Not An Article III court period.

Todd C. Lawson - Prosecutor
Jeremy Miller - Prosecutor
Have created contracts with civil statues - unlawfully converted into Criminal statues per the Federal Rules of Civil Procedure forcing me to sign under threat + Duress
Scott Minder will sentence me on January 5th 2024 to No more than 10 years in prison

A New Criminal NUMBer was created to justify the Fraud CR2022-002635-001 using the same information and discovery from CR2020-137609-001

Question 3A

#D Cause of Action

Count 1
# 3 Supporting Facts

Jurisdiction Challenged

Under federal law, which is applicable to all states, the U.S. Supreme Court stated: "If a court is without authority, its judgments and orders are regarded as nullities

Trial court acts without jurisdiction when it acts without inherent or common law authority "State v Rodriguez, 725 A. 2d 635, 125 Md App 428, cert den 731 A. 2d 971, 354 Md 573 (1999) County, State, or Federal Court.

"Service of an appearance ticket on an accused does not confer personal or subject matter jurisdiction upon a criminal court.

Criminal - Civil statues, with commercial crimes, because they are not heard in an Article III court (District Court of the United States of America).

The courts commit Fraud by labeling the case criminal. All cases which are plead out or have a "guilty conviction" labeled the civil defendant (through unlawful conversion) as felons when they are Not. This is Fraud upon the people and the court and defendant.

Question 4A

<u>Injury</u>: State how you were injured by the actions or inactions of the Defendants

(4) Injury, the actual injuries from the actions of the defendants by unlawfully converting civil statues into criminal from creating penalties from years on probation pay fines to years in prison

- Being charge with Fraud from a court that is actually committing Fraud in the court and against me

Injuries
- A Felon for the remainder of my life
- Forced to do up to 10 years or more regarding a unlawful conversion with the Department of Correction
- Forced to having to sign a plea bargain under the threat of not the sentence would be stiffer
- Health Failed
- Spent more than 10 months or more in the County along with 6 months with a gps monitor being monitored by Pretrial Services time will not be credited.
- 6 years of intensed probation after being released from prison.
- When in fact everything that I was charged with is a civil matter.
  Who is the real criminal

## COUNT II

1.    State the constitutional or other federal civil right that was violated: _____

_____.

2.    **Count II.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.    **Supporting Facts.**   State as briefly as possible the FACTS supporting Count II.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

4.    **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____

_____

_____.

5.    **Administrative Remedies.**
    a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                    ☐ Yes    ☐ No
    b.    Did you submit a request for administrative relief on Count II?          ☐ Yes    ☐ No
    c.    Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☐ No
    d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____.

4

## COUNT III

1.    State the constitutional or other federal civil right that was violated: _____
_____.

2.    **Count III.**   Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.    **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.    **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
_____
_____.

5.    **Administrative Remedies.**
   a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                               ☐ Yes    ☐ No
   b.    Did you submit a request for administrative relief on Count III?      ☐ Yes    ☐ No
   c.    Did you appeal your request for relief on Count III to the highest level?   ☐ Yes    ☐ No
   d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

The maxiuM that is available for the
Fraud thats overlooked IN all proceedings
$75,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/04/2023___                    :cynthia-joann: Watson, LS.
              DATE                                          SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Certified mail #:70203160000050985543

:Cynthia-Joann: Family of Watson
5235 E Southern Ave Ste 209
Mesa, Arizona Non Domestic Without the United States

## AFFIDAVIT OF STATUS

I, Cynthia Joann Family of Watson a sentient woman , I am over the age of consent, am a creation of God-Almighty and a follower of God's laws first and foremost, and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat. 1211 - "Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people" and "Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States" and "Where... Bible is "the rock on which our Republic rests". I have personal knowledge of the matters stated herein and hereby asseverate, understanding both the spiritual and legal liabilities of, "Thou shalt not bear false witness against thy neighbor".

1. I am a woman, and one of the People of these United States of America, being a creation of God and domiciled in one of the several States.

2. I am, a living, breathing, sentient being on the land, a Natural creation of God and therefore am not and cannot be any ARTIFICIAL PERSON and, therefore, am exempt from any and all identifications, treatments, and requirements, as such pursuant to any process, law, code, or statute, or any color thereof.

3. In these United States of America, the authority of any and all governments resides in the People of the land, for government is a fiction of the mind and can only be created by the People, affected by the People, overseen by the People, for the benefit of the People, and to secure the individual God-given rights of the People.

4. I reserve, claim all, and waive none of my God-given, secured and guaranteed Rights, pursuant to the Declaration of Independence and the Constitution of the United States of America as ratified in 1791 with the Articles of the Amendments.

5. Pursuant to the Constitution of the United States of America as ratified in 1791 with the Articles of the Amendments, Article VI paragraph 2, *"This Constitution and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United State, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".*

6. As a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the People, are granted limited delegated authority by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and any and all bonds required thereof.

7. The only court authorized by the referenced Constitution to hear matters of the People is a court that conforms to and functions in accordance with Article III Section 2 of the referenced Constitution in which all Officers of the court abide by their sworn and subscribed oaths of office and support and defend the Rights of the People, and are heard only in "Trial by jury", in accordance with all aspects of due process of law.

8. Pursuant to the supreme Law of the Land and the God-given Rights secured and guaranteed therein, this Constitution is established to ensure the dominion granted by God to all People, on this land, shall endure, and ensure forever that the People on this land be free from any and all slavery, indenturement, tyranny, and oppression under the color of any law, statute, code, policy, procedure, or of any other type.

9. Pursuant to this Constitution, I cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced or so affected, under the color of law by any Natural Person, who individually, or in any capacity as, or under, any Artificial Person, agency, entity, officer, or party, into waiving of any of my Rights or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted to me by God, nor can I be deprived of any of these Rights, privileges, and immunities except by lawful process in accordance with the Law, without that Natural and/or Artificial Person, in whatever capacity. Anyone using any process, not in accordance with the Constitution, causing injury to me, thereby commits numerous crimes, requiring lawful punishment therefrom.

10. I claim my offspring, Naweesa Kenyata Leshaye Brown, whom is of the age of consent, and is not my property but my Grandchildren from this union Keondre Zachary and Kemora Zachary while not at the age of consent are my property shared with my Daughter. Offspring whose existence is made possible through God's grace and by the combination of genetic property between me, :Cynthia-Joann: Family of Watson , and my partner at that time, Charles Campbell Brown. Ownership which is shared and reflected in a similar affidavit affirming the truth and signed by :Cynthia-Joann: Family of Watson

11. Persons, municipal corporations or private corporations possess no interest in my Private Property, possess no authority to make claims or trespass against my Private Property, and possess no authority or rights, whatsoever, over myself, or my Private Property.

12. I am not an expert in the law however I do know right from wrong. If there is any man damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary, in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN

WRITTEN AFFIDAVIT FORM within ten (10) days from receipt hereof, providing me with your counter-affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father, through the power and authority of the blood of his son, be done on Earth as it is in Heaven.

Reserving ALL my Natural God-Given Unalienable Rights, Waiving None, Ever.

Pursuant to 28 USC § 1746(1)

"...any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same, such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:"

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 1st day, of the 10th month, in the year of our Lord and Savior, two thousand twenty one.

<u>Authorized Representative</u> By:Cynthia-Joann: Family of Watson woman, Affiant

Notary used without prejudice to my rights:

BE IT REMEMBERED, That on this

__1st__ day of __October__ in the year of our LORD, two thousand and twenty one, personally appeared before me, the Subscriber, a Public Notary for the State of Arizona, By:Cynthia-Joann: Family of Watson sentient woman, Authorized Representative to this Document, as Authorized Representative acknowledged the Document to be her act and deed as Authorized Representative. Given under by hand and seal of office, the day and year aforesaid.

WITNESS my hand and official seal.

My Commission Expires: 1-8-2023 Public Notary Sitting in, and for, The State of Arizona.



Notary Public

OFFICIAL SEAL
DONNA KARDYNALSKI
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM # 559006
My Comm. Expires Jan. 8, 2023

Please Donot Securitize

# DECLARATION AND NOTICE OF EXPATRIATION
## OCTOBER   2022

state of Arizona Section
republic of Arizona Section Subscribed, and Sealed
county of Maricopa Section

Know all men by these presents:

DECLARATION AND NOTICE OF EXPATRIATION, SEVERANCE, WAIVER, FORFEITURE, AND REJECTION OF ADMIRALTY AND MARITIME BENEFITS in the nature of an AFFIDAVIT

I,  and all derivatives thereof, a woman, living soul, **American neutral**/sovereign, Kemper v. State, 138 S. W. 1025, page 1043, Declarant, declare that I am competent to testify, that I am over the age of majority, that the following facts stated are true and correct, and if I am called to testify in a court of proper venue and jurisdiction, I will so declare.

I, : cynthia-joann: watson and all derivatives thereof, a woman, living soul, (hereinafter Declarant, I, Me, or Myself), by this Declaration in the nature of an Affidavit, hereby timely and publicly give Notice to the world of My "DECLARATION AND NOTICE OF EXPATRIATION, SEVERANCE, WAIVER, FORFEITURE, AND REJECTION OF ADMIRALTY AND MARITIME BENEFITS in the nature of an AFFIDAVIT" publishing My total rejection and non-acceptance of all enfranchisement benefits, imposed by this STATE, the STATE OF ARIZONA, and the UNITED STATES, (hereinafter collectively referred to as "the Cartel"), or any other party, juristic or otherwise, because of the intentional neglect of the Cartel of ensuring knowledge by notice and full disclosure, the neglect of the Cartel of ensuring willingness by notice and full disclosure, and the neglect of the Cartel of ensuring that there has been an exchange of a certain and fair and valuable consideration,
(hereinafter knowing, willing, and exchange of certain and fair and valuable consideration are the "tenets of simple contracting"), on the part of commercial agents of the Cartel.

I, Declarant, declare that this notice of Expatriation, severance, waiver, forfeiture and rejection of benefits is not limited to severance, waiver, forfeiture and rejection of recourse and contract enforcement benefits under the Arizona Business and Commerce Code (Uniform Commercial Code) and police protection benefits. I hereby explicitly sever, waive, forfeit and reject all implied trusts, powers of attorney, judicial contract enforcement, and police protection benefits for negligent failure of fair notice and full disclosure and for negligent failure of exchange of certain, fair and valuable consideration and the concealment of status-changing adhesion contracts imposed upon Declarant, by the commercial agents of the Cartel.

I, Declarant, hereby declare, that for all the foregoing reasons stated, Declarant hereby revokes, severs, waives, forfeits, and rejects all implied trusts, all powers of attorney, and all contracts imposed or attempted being imposed by the commercial agents of the judicial system of the Cartel, especially those implied trusts, powers of attorney, and contracts in which the STATE OF ARIZONA is a party to any action. It is res judicata and stare decisis that fraud vitiates all contracts ab initio. Said trusts, powers of attorney, and contracts are, nunc pro tunc, ab initio December 13, 1937, deemed in a condition of annulment.

I, Declarant, by publishing this affidavit of Expatriation into the public record, hereby declares, claims, implements, and enforces the Right, privilege, and immunity for being free from slavery, Bailey v Alabama, 219 U. S. 219, that is provided for in 15 United States Statutes at Large, Chap. 249, page 223, 40th Congress for expatriating My res in trust from the foreign jurisdiction known as the municipal corporation of the District of Colombia, a.k.a. variously, the United States of America and the United States, as defined at Title 26 IRC Section 7701 (a)(9) and (10), and Title 26 IRC Section 3121(e)(1)and (2), and Title 28 USC Section 3002(15) and all of its municipal corporations, political subdivisions, states, States, and their political

subdivisions and municipal corporations and by this public notice do hereby repatriate My res into the Land within the outer borders of the de jure state of and republic of California in which I am guaranteed the preservation of immemorial GOD given Rights under a Republican Form of Government as prescribed in Article 1, Section 2 and Section 29 of the Constitution of the republic of and state of California.

I, Declarant, further declare that, ab initio, for failure of being created based upon the tenets of simple contracting and for the concealment of status-changing adhesion contracts, all past and present contracts for registration, of the appellation of Declarant, or **CYNTHIA JOANN WATSON** copyright, a copyrighted legal fiction and Title, or any derivations of the copyrighted legal fiction, or the juristic person, the juristic person without notice and without full disclosure created by the assignment of a number by commercial agents of the de facto corporation government of the Cartel for the use by the public trust, and again presumption specifically rebutted and Declarant gives Notice of **Arizona Rules of Civil Procedure Rule 52** that Declarant is not a private corporation, nor a natural or juristic person, and neutral as a woman living soul, being private property belonging to Declarant, said contracts implied by operation of law or otherwise in trust with the above cited municipal corporations nunc pro tunc, ab initio, are hereby revoked, dissolved and terminated, and are in a condition of annulment.

I, Declarant, gives this notice to the public at large and to the commercial agents of the Cartel, that, with respect to the public trust, the status of the Declarant is that of civiliter mortuus to the public trust and Declarant voluntarily severs, waives, rejects, forfeits, and refuses accepting all franchised and co-franchised benefits, and it is deemed that Declarant has never accepted a benefit from the public trust.

I, Declarant, further declares that by the laws of Nature and the laws of simple contracting, and with this public notice of Expatriation, severance, waiver, forfeiture and rejection of admiralty and maritime benefits, there is total termination of all, privileges, immunities, responsibilities, duties, and obligations arising under statute between Declarant, or the fiction belonging to Declarant, and the Cartel, and all said duties and obligations cease altogether, and further, there are no residual reciprocal obligations imposed upon either party. Declarant will avoid the Cartel, and the Cartel must avoid the Declarant.

I, Declarant, and the legal fiction, **CYNTHIA JOANN WATSON** copyright, and all created-without-notice juristic persons allegedly being Neutral, ab initio, explicitly reserve the Right of not being compelled for performing under any contracts, or commercial agreements, which have not been created based upon the tenets of simple contracting and 'meeting of the minds', and by such 'Reservation of Right,' being neutral **CYNTHIA JOANN WATSON** copyright, and derivations, and all alleged juristic persons, do not, and will not, accept, and specifically reject the direct or adhesion liability associated with the compelled benefits of such unrevealed contracts or commercial agreements, or both, be they Admiralty, Maritime, or otherwise.

"Further Declarant Sayeth Naught."

Executed under the expatriation Act of 1868 of the united States of America on October 9th, 2022, and all the foregoing applies ab initio from December 13, 1937.

L. S.
:cynthia-joann: watson, a woman, Neutral American National, county of Maricopa, republic of Arizona.

**VERIFICATION USING TWO Witnesses**
On this October 9th, 2022,: cynthia-joann: watson, a living woman, appeared before us, two witnesses from within the outer borders of the state of Arizona, and after declaring before us, she

does say and declare that she does execute the forgoing "Declaration And Notice Of Expatriation Severance, Waiver, Forfeiture, And Rejection Of Admiralty And Maritime Benefits in the nature of an Affidavit" and that under the penalty of perjury pursuant to the Law of the republic of Arizona, this declaration made outside United States,' in recognition of the constitution of the united states of America and codified in Title 28 USC Section 1746(1), without the UNITED STATES [as defined at Title 26 IRC Section 7701 and Section 3121(e)(1) and (2), and Title 28 USC Section 3002(15)], She declares that the contents of the foregoing Declaration are true and correct and if called to testify in a court of proper venue and jurisdiction, will so declare.

Aynul Dey: _____  Date: October 9, 2022

Roshana Bey: _____  Date: _____

Unofficial Document

DECLARATION AND NOTICE OF EXPATRIATION, SEVERANCE, WAIVER, FORFEITURE, AND REJECTION OF ADMIRALTY AND MARITIME BENEFITS in the nature of an AFFIDAVIT

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **December 5, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and two (2) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ _____

____ _____

_____    **A7879**
Legal Support Specialist Signature          S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

USDC Certification                                                      09/09/20